# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JULIE RUNKLE                                          NO. 2022 CW 0045

VERSUS

LOUISIANA UROLOGY, LLC, ET                   **FEBRUARY 25, 2022**
AL

---

In Re:     Julie Runkle, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 638586.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED IN PART; GRANTED IN PART.** With regard to the denial of the motion for new trial, the writ is denied. When an unrestricted appeal is taken from a final judgment, the appellant is entitled to seek review of all adverse interlocutory rulings prejudicial to him, in addition to the review of the final judgment. Thus, the interlocutory denial of a motion for new trial is subject to review on appeal in connection with the review of an appealable judgment in the same case. **Smith v. Funderburk**, 2021-0134 (La. App. 1st Cir. 12/22/21), --- So.3d ----, 2021 WL 6065809 (Citations omitted). This issue is more appropriately handled in connection with the appeal of the unrestricted judgment with a complete record.

With regard to the amount of the suspensive appeal bond, the portion of the district court's December 22, 2021 order which set the suspensive appeal bond at $9,553.50 is vacated. La. Code Civ. P. art. 2124 provides that the amount of the suspensive appeal bond when the judgment is for a sum of money is exclusive of costs. The portion of the December 1, 2021 judgment being suspensively appealed which granted, in part, defendant's motion to tax costs and awarded a money judgment against plaintiff is exclusively for costs, and therefore, setting the amount of the bond in that same amount was error.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT